UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARMS CO., INC., et al., | CASE NO. C15-1748JLR |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| DITECH FINANCIAL, LLC, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Having granted the stipulated motion to dismiss Plaintiffs' claims against

//
//
//
//
//

MINUTE ORDER - 1

Defendants Ditech Financial, LLC, and Northwest Trustee Services, Inc., with prejudice (*see* Stip. (Dkt. # 20); 1/19/16 Order (Dkt. # 24)), the court STRIKES Ditech's motion for summary judgment (Dkt. # 11) as moot.

Filed and entered this 21st day of January, 2016.

WILLIAM M. MCCOOL
Clerk of Court

 s/Casey Condon
Deputy Clerk

MINUTE ORDER - 2